IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01988-WDM-PAC

BRENDA CHERYL GANTNER,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

_____

**ORDER OF RECUSAL**
_____

    Pursuant to 28 U.S.C. § 455, the undersigned recuses himself for service in the above captioned matter because a member of his family is a partner in Holland & Hart, attorneys for one or more of the parties, and directs that this case be returned to the Clerk for reassignment by random draw.

    DATED at Denver, Colorado, on November 10, 2005

                                           BY THE COURT:

                                           /s/ Walker D. Miller
                                           United States District Judge

PDF FINAL