IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01988-PSF-PAC

BRENDA CHERYL GANTNER,

    Plaintiff,

v.

CITIGROUP, INC.,

    Defendant.

## ORDER REGARDING MOTION FOR STAY

This matter having come before the Court on the parties' Stipulated Motion for Stay Pending Arbitration, and the Court being fully advised in the matter, it is hereby

ORDERED that this case is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR. 41.2 due to the parties' agreement that the matter is to be arbitrated. The case may be reopened upon the granting of a motion to that effect by one or both parties having shown good cause.

DATED: December 9, 2005

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge